UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| | : | |
| v. | : | Mag. No. 22-6006 (DEA) |
| | : | |
| MARIO RENTERIA, JR. | : | **SEALING ORDER** |

This matter having been brought before the Court upon application of Philip Sellinger, the United States Attorney for the District of New Jersey (Alexander E. Ramey, Assistant United States Attorney, appearing), for an order sealing the Complaint and Arrest Warrant issued on this date against Defendant Mario Renteria, Jr., and for good cause shown,

IT IS on this 10th day of January, 2022,

ORDERED that, except for such copies of the Arrest Warrant as are necessary to accomplish their purpose, the Complaint, Arrest Warrant, and this Order be and hereby are SEALED until the Arrest Warrant is executed or until further order of the Court. IT IS FURTHER ORDERED that, once the Arrest Warrant is executed, the Complaint, Arrest Warrant, and this Order be and hereby are unsealed.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE