=======================================================================

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

=======================================================================

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 22-6006 (DEA) |
| MARIO RENTERIA, JR. | : | **DETENTION ORDER** |

This matter having come before the Court for defendant Mario Renteria Jr.'s initial appearance, pursuant to Federal Rule of Criminal Procedure 5, and a hearing for the appointment of counsel and to review the conditions of the defendant's bail pursuant to Title 18, United States Code, Section 3142(f); it appearing that, on January 13, 2022, the defendant made his initial appearance in the District of Nevada to answer a criminal complaint issued by this Court in the above-captioned matter, pursuant to Fed. R. Crim. P. 5(c)(3); it appearing that, after a hearing on the same date, a United States Magistrate Judge sitting in the District of Nevada issued an Order Setting Conditions of Release, placing the defendant under the supervision of United States Pretrial Services for the District of Nevada; the Court having considered the applicable factors under Title 18, United States Code, Section 3142(e); and for good cause shown;

THE COURT FINDS that the combination of conditions set forth in the District of Nevada's January 13, 2022 Order Setting Conditions of Release will

1

reasonably assure the appearance of the defendant as required and the safety of any other person and the community; and

    IT IS, therefore, on this 20th day of January, 2022,

    ORDERED, that the conditions of release set forth in the attached Order Setting Conditions of Release are CONTINUED; and it is further

    ORDERED that United States Pretrial Services for the District of Nevada shall promptly notify United States Pretrial Services for the District of New Jersey of any violation of such conditions.

                                                   HONORABLE DOUGLAS E. ARPERT
                                                   UNITED STATES MAGISTRATE JUDGE