UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert, U.S.M.J. |
| | : | |
| v. | : | Mag. No. 22-6006 (DEA) |
| | : | |
| MARIO RENTERIA, JR., | : | **DETENTION ORDER** |
| | : | |

This matter having been opened to the Court on motion of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Alexander E. Ramey, Assistant United States Attorney, appearing) for an order, pursuant to Title 18, United States Code, Sections 3148 and 3142 to revoke the pretrial release of and to detain the defendant in the above-entitled matter; and the defendant, Mario Renteria, Jr. (through counsel Benjamin J. West, Assistant Federal Public Defender), having opposed the motion and sought continued conditions of release; the Court having held a revocation hearing pursuant to Sections 3148 and 3142(f) at which the parties appeared, represented by counsel, and presented arguments; the Court having considered the charges in the Criminal Complaint, the reports and recommendations of United States Pretrial Services, the arguments and proffers of the parties, and the defendant's proposed bail package; for the reasons stated on the record and for good cause shown:

1

THE COURT FINDS:

(1) Pursuant to Title 18, United States Code, Section 3148(b)(1)(B), the United States has demonstrated by clear and convincing evidence that the defendant violated the conditions of his pretrial release (1) that he not unlawfully use controlled substances (as demonstrated by his positive tests for the use of methamphetamine on August 8, 2022, and for the use of methamphetamine, amphetamine, and benzodiazepine on September 22, 2022) and (2) that he report as directed for drug testing and treatment (as demonstrated by his failures to report on August 27, September 5, September 9, September 13, September 16, September 19, and September 28, 2022); and

(2) Pursuant to Title 18, United States Code, Section 3148(b)(2)(B), the defendant is unlikely to abide by any condition or combination of conditions of his release, due to his persistent pattern of drug use and failures to report as directed by Pretrial Services.

IT IS, therefore, on this 30th day of September, 2022,

ORDERED, pursuant to Title 18, United States Code, Sections 3148 and 3142, that the pretrial release of the defendant, Mario Renteria, Jr., be and hereby is revoked, and that the defendant be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED that the defendant self-surrender to the United States

2

Marshals at the United States Marshal Service Office at 333 Las Vegas, Blvd, Las Vegas, Nevada 89101, on or before September 30, 2022 at 10:00 a.m. PDT; and it is further

ORDERED that such detention be without prejudice to the defendant's right to seek to reopen the matter of detention pursuant to Title 18, United States Code, Section 3142(f) and 3148 at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE