UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert, U.S.M.J. |
| v. | : | Mag. No. 22-6006 (DEA) |
| MARIO RENTERIA, JR., | : | **TRANSPORTATION ORDER** |

This matter having been opened by the Court *sua sponte*; it appearing that on September 30, 2022, after a revocation hearing held pursuant to Sections 3148 and 3142(f), this Court revoked the pretrial release of defendant Mario Renteria, Jr., and ordered him detained; it further appearing that the defendant has surrendered, as ordered, into the custody of the United States Marshals Service in Las Vegas in the District of Nevada; to enable further proceedings in this matter and for good cause shown:

IT IS, on this 18th day of October, 2022,

ORDERED, that the United States Marshals Service shall transport defendant Mario Renteria, Jr., to the District of New Jersey (the charging district) as soon as is practicable. The defendant is to remain detained, pursuant to the Court's prior revocation and detention order.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE

1