UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 22-6006 (DEA) |
| | : | |
| v. | : | |
| | : | RELEASE ORDER |
| MARTIO RENTERIA, JR. | : | |

This matter having been brought before the Court on Defendant Mario Renteria, Jr.'s and United States Pretrial Services's joint application for an order permitting Renteria's release to a residential drug treatment program; and Mr. Renteria having been accepted into Integrity House, a long-term residential drug treatment program located in Newark, New Jersey; and the United States having no objection and reserving the right to seek detention at the conclusion of Mr. Renteria's treatment at Integrity House; and the Court having considered the consent of the parties; and for good cause shown,

IT IS this 17th day of March 2023;

ORDERED that defendant's application for release to Integrity House, a long-term residential drug treatment program located in Newark, New Jersey is GRANTED subject to the conditions set forth below:

1. The defendant be released from Essex County Jail on Monday March 20, 2023, and transported directly by the United States Marshals to Integrity House located at 1091 Broad Street, Newark, New Jersey.

2. Mr. Renteria shall remain at Integrity House and not leave Integrity House without further order of the Court.

3. One week before Mr. Renteria is scheduled to be discharged from Integrity House, defense counsel shall alert the Court, and the Court will schedule a bail review hearing.

4. The Court will hold a bail review hearing prior to Mr. Renteria's scheduled discharge from Integrity House.

5. Mr. Renteria must not violate any federal, state or local law while on release.

6. Mr. Renteria must comply with all requirements of the Integrity House program.

7. The defendant shall report to Pretrial Services as directed.

_____
Hon. Douglas E. Arpert
United States Magistrate Judge