UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 22-6006 (DEA) |
| MARIO RENTERIA, JR. | : | **RELEASE MODIFICATION ORDER** |

This matter having come before the Court on the application of defendant Mario Renteria Jr. (through counsel, Benjamin J. West, Assistant Federal Public Defender), for an order setting conditions of release pursuant to Title 18, United States Code, Section 3142; it appearing that on or about March 17, 2023, the defendant was ordered released into inpatient treatment at Integrity House, located at 1091 Broad Street, Newark, New Jersey; it appearing that United States Pretrial Services has notified the Court that the defendant has successfully completed his course of inpatient treatment and has been approved for transfer to Integrity House's halfway house program; it appearing that United States Pretrial Services has recommended modifications to the defendant's conditions of pretrial release; it further appearing that the defendant and the government, through counsel Philip R. Sellinger, United States Attorney (Alexander E. Ramey, Assistant United States Attorney, appearing) consent to the proposed modification; with the consent of the parties, and for good cause shown,

1

IT IS, on this 29 th day of April, 2024,

ORDERED, that the defendant's application for modification of the conditions of his pretrial release is GRANTED, and that the release of the defendant is subject to the following conditions:

(1) The defendant must not violate any federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change of address and/or telephone number.

(4) The defendant must appear in court as required and must surrender to serve any sentence imposed.

(5) Bail is fixed at $100,000, and the defendant shall be released upon executing an unsecured appearance bond.

(6) The defendant must report to Pretrial Services as directed and advise them immediately of any contact with law enforcement personnel, including but not limited to, any arrest, questioning or traffic stop.

(7) The defendant shall not attempt to influence, intimidate, or injure any juror or judicial officer; not tamper with any witness, victim, or informant; and not retaliate against any witness, victim, or

informant in this case.

(8) The defendant shall abide by all conditions of release of any current term of parole, probation, or supervised release.

(9) The defendant's travel is restricted to the District of New Jersey unless otherwise permitted by Pretrial Services.

(10) The defendant shall surrender all passports and not apply for new travel documents.

(11) The defendant shall maintain residence at Integrity House (1091 Broad Street, Newark, New Jersey) and may not move prior to obtaining permission from the Court, Pretrial Services, or the Supervising Officer.

(12) The defendant shall observe a curfew as directed by Pretrial Services or the Supervising Officer.

(13) The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.

(14) The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.

(15) The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substance including marijuana in any form (including edibles) or for any purpose (including medical purposes).

(16)  The defendant shall refrain from any use of alcohol.

(17)  The defendant shall submit to substance abuse testing and treatment as required by Pretrial Services.

(18)  The defendant shall submit to mental health testing and treatment as required by Pretrial Services.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE

HONORABLE TONIANNE J. BONGIOVANNI
on behalf of Judge Douglas E. Arpert

It is so ORDERED -
This order is effective as of 10/16/2023.